UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND

Civil Action No. 04-cv-225-HRW

**ROWLAND BURNS, JR.**
                                 **PLAINTIFF,**

v.                <u>**JUDGMENT**</u>

**JO ANNE B. BARNHART
COMMISSIONER OF SOCIAL SECURITY,**      **DEFENDANT.**

In conformity with the Memorandum Opinion and Order entered this date and in compliance with Federal Rule of Civil Procedure 58, **IT IS HEREBY ORDERED** and **ADJUDGED** that:

    A.    pursuant to sentence four of 42 U.S.C. § 405(g), the administrative decision is **AFFIRMED** and judgment is entered in favor of the Defendant;

    B.    the Plaintiff's Complaint against the Defendant is **DISMISSED WITH PREJUDICE** and the Plaintiff shall take nothing thereby;

    C.    this action is **STRICKEN** from the active docket of the Court.

This July 1, 2005.



Signed By:
Henry R Wilhoit Jr.
United States District Judge